# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BARBARA ANN JACKSON,**

    **Plaintiff,**

v.                                                Case No. 4:17cv395-MW/CAS

**BANK OF NEW YORK MELLON,**
f/k/a Bank of New York, and
**LAW FIRM OF DAVID H. ABRAMS,**

    **Defendants.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5. Accordingly

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** as it fails to state a claim and this case is barred by the doctrine of res judicata." As to Plaintiff's attached Order of Disqualification entered by this Court in Case No. 4:16cv212-MW/CAS, there

exists no basis for this Court's disqualification in this case. The Clerk shall close the file.

**SO ORDERED on October 3, 2017.**

<u>**s/Mark E. Walker**</u>    
**United States District Judge**